## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
District of Colorado

Case Number: 1:24-CV-03431

Plaintiff:
**ERICA BROWN**

vs.

Defendant:
**FAISON OFFICE PRODUCTS, INC.**

For:
David J. Meretta, Esq.
Meretta Law, LLC
3235 Wyandot St.
Denver, CO 80211

Received by Top Hat File and Serve, Inc. to be served on **JARED CASEY officer and director of FAISON OFFICE PRODUCTS, INC., 26475 E. OTERO DR., AURORA, Arapahoe County, CO 80016**.

I, Andrew Altman, being duly sworn, depose and say that on the **26th day of January, 2025** at **7:41 pm, I:**

served the above named entity by delivering a true copy of the ***SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND, CIVIL COVER SHEET and CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES and ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION*** with the date and hour of service endorsed thereon by me, to : **Shiela Casey** a person over the age of 18 and as **spouse** on behalf of **JARED CASEY officer and director of FAISON OFFICE PRODUCTS, INC.**, at the address of: **26475 E. OTERO DR., AURORA, Arapahoe County, CO 80016**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
SERVICE OBTAINED AT RESIDENCE OF REGISTERED AGENT

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: Caucasian, Height: 5'6", Weight: 160, Hair: Dark Blonde, Glasses: N

**Service Fee Items:**

| | |
|---|---|
| Service of Summons and Complaint | $55.00 |
| Total | $55.00 |

### VERIFICATION

**I declare, under penalty of perjury under the law of Colorado, that the foregoing is true and correct.**

Executed in Aurora, Colorado

on the 27th day of January, 2025

**Andrew Altman**

1/27/2025

**Date**

**Top Hat File and Serve, Inc.**
**(877) 230-4794**

Our Job Serial Number: THF-2024011773

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a