IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-03431- STV

ERICA BROWN,

    Plaintiff,

v.

FAISON OFFICE PRODUCTS, INC.,

    Defendant.

---

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER PLAINTIFF'S COMPLAINT**

---

Defendant Faison Office Products, Inc. ("Defendant"), through undersigned counsel, respectfully submits this Motion for Enlargement of Time to Respond to Complaint ("Motion for Enlargement") and, in support thereof, states as follows:

**Certificate of Conferral Pursuant to D.C.COLO.L.Civ.R. 7.1**

Undersigned counsel has conferred with counsel for Plaintiff Erica Brown ("Plaintiff") regarding the relief requested herein, and Plaintiff is unopposed to the same.

1. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Court has discretion to enlarge any deadline for good cause. In this motion, Defendant seeks an enlargement of its deadline to respond until March 4, 2025.

2. On December 10, 2024, Brown filed Plaintiff's Complaint and Jury Demand, asserting numerous claims against Defendant ("Complaint"). [ECF No. 1]

1

3. On December 11, 2024, Magistrate Judge Varholak issued an Order Setting Scheduling Conference for February 20, 2025. [ECF No. 4]

4. On January 26, 2025, Defendant was served with the Complaint, making Defendant's response to Complaint due February 16, 2025.

5. Counsel was only recently retained for this matter and requires additional time to investigate the claims and communicate with Defendant to appropriately respond to the Complaint.

6. No parties will be prejudiced by this request as Plaintiff is unopposed.

7. This is Defendant's first request for enlargement of time to respond to the Complaint.

WHEREFORE, Faison Office Products, Inc. respectfully requests that this Court enter an order granting Faison Office Products, Inc., an enlargement of time to respond to the Complaint [ECF No. 1] to March 4, 2025.

Respectfully submitted this 13th day of February, 2025.

*s/ Alex J. Gunning*
Robert E. Botts
Alex J. Gunning
**STINSON LLP**
1144 Fifteenth Street, Suite 2400
Denver, CO 80202
Phone: 303.376.8435
robert.botts@stinson.com
alex.gunning@stinson.com

*Attorneys for Faison Office Products, Inc.*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 13, 2025 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

*s/ Alex J. Gunning*
Alex J. Gunning
